UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NEORESINS INC.,

    Plaintiff,

v.

ASHLAND INC. d/b/a ASHLAND
DISTRIBUTION COMPANY,

    Defendant.

CIVIL ACTION NO. _____

## PLAINTIFF'S LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT

Plaintiff NeoResins Inc. is a wholly owned subsidiary of Avecia Inc. No publicly held company holds more than 10% of NeoResins Inc. stock.

Respectfully submitted,

NEORESINS INC.,

By its attorneys,

_____
Marjorie Sommer Cooke (BBO# 097800)
Barbara Gruenthal (BBO# 544209)
COOKE, CLANCY & GRUENTHAL, LLP
150 Federal Street
Boston, MA 02110
(617) 428-6800

Dated: November 25, 2003