UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEORESINS INC., | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 03-12377 RCL |
| ASHLAND INC. d/b/a ASHLAND DISTRIBUTION COMPANY, | : |
| Defendant. | : |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), plaintiff NeoResins Inc. ("NeoResins") hereby voluntarily dismisses the above action. Voluntary dismissal is appropriate as no answer or motion for summary judgment has been served by defendant.

Respectfully submitted,

NEORESINS INC.,

By its attorneys,

Marjorie Sommer Cooke (BBO# 097800)
Barbara Gruenthal (BBO# 544209)
COOKE, CLANCY & GRUENTHAL, LLP
150 Federal Street
Boston, MA 02110
(617) 428-6800

Dated: May 14, 2004

COOKE, CLANCY & GRUENTHAL, LLP

COUNSELLORS AT LAW
150 FEDERAL STREET
BOSTON, MASSACHUSETTS 02110

BARBARA GRUENTHAL
DIRECT DIAL (617) 428-6808
bgruenthal@ccg-law.com

TELEPHONE
(617) 428-6800
FACSIMILE
(617) 428-6868

May 14, 2004

Civil Clerk's Office
United States District Court for
 the District of Massachusetts
U.S. Courthouse
One Courthouse Way
Boston, MA 02210

Re:   *NeoResins Inc. v. Ashland Inc.*, Civil Action No. 03-12377 RCL

Dear Sir/Madam:

Enclosed for filing is a Notice of Voluntary Dismissal.

Kindly acknowledge receipt of the above by date stamping the enclosed copy of this letter and returning it to me in the self-addressed, stamped envelope provided.

Thank you for you assistance.

Sincerely,

Barbara Gruenthal

encls.
cc:   Gregory S. Kurey, Esq.